**Motion Granted; Appeal Dismissed and Memorandum Opinion filed May 24, 2022.**



**In The**

# Fourteenth Court of Appeals

---

### NO. 14-21-00514-CV

---

## JOSE SANCHEZ AND CARDENAS AUTO SALES, A TEXAS GENERAL PARTNERSHIP, Appellant

### V.

## DANIEL JACKSON & ASSOCIATES, P.C., Appellee

---

**On Appeal from the 127th District Court
Harris County, Texas
Trial Court Cause No. 2016-19246A**

---

### MEMORANDUM OPINION

This is an appeal from an order signed August 13, 2021. On November 18, 2021, this court abated the appeal because Ana Maria Lara, a partner in appellant Cardenas Auto Sales, A Texas General Partnership, was in bankruptcy. *See* Tex. R. App. P. 8.1.

On April 29, 2022, the parties filed a joint motion to dismiss the appeal with prejudice. *See* Tex. R. App. P. 42.1. The motion was joined by Allison D. Byman, the Chapter 7 Trustee in the bankruptcy proceeding. According to the motion and exhibits attached thereto, the bankruptcy court confirmed the settlement agreement between the parties.

Accordingly, we REINSTATE the appeal and GRANT the joint motion to dismiss the appeal.

The appeal is dismissed.

PER CURIAM

Panel consists of Justices Bourliot, Hassan, and Wilson